IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF: ) | |
| 17 ELECTRONIC ACCOUNTS LOCATED AT ) | |
| GOOGLE LLC; ) | Case No. 24-mj-08144-TJJ |
| ) | |
| 18 ELECTRONIC ACCOUNTS LOCATED AT ) | |
| YAHOO INC; ) | Case No. 24-mj-08145-TJJ |
| ) | |
| 2 ELECTRONIC ACCOUNTS LOCATED AT ) | |
| IONOS INC; ) | Case No. 24-mj-08146-ADM |

## ORDER

On motion of counsel for the Government, good cause appearing therefore,

IT IS ORDERED that the Seizure Warrants filed in on July 24, 2024, be unsealed.

_/s/ Rachel Schwartz_____
HONORABLE RACHEL E. SCHWARTZ
UNITED STATES MAGISTRATE JUDGE